UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

### MOTION FOR PRO SE FILER PUBLIC EXEMPTION REQUEST

Plaintiff respectfully requests a Pro Se Filer /Public Exemption Request for Exemption from the Judicial Conference's Electronic Public Access Fees in District of Columbia.   **Albertha Dionne Badon** a pro se filer, in the case of **Badon v Perdue 3:20-cv-00460**.  **The PACER service is much needed in regard to a case in which I am the plaintiff, pending in Louisiana Middle District Court.  The information will permit me to be informed about the upcoming case.  As a lay person, possibly per se, I seek information connected with cases involving USDA, FDIC, Mary Elizabeth Bass, Tom Vilsack, Cooper Consolidated, Bulk seas, RMG, and Weber Marine.**

**Employed for several years as a USDA Agricultural Commodity Technician, I was removed from the USDA schedule on June 6, 2018, yet not officially fired until November 1, 2019. Since that time, I have not worked at a permanent job. I have been collecting unemployment benefits and working temporary jobs through a temp service. I recently filed for extended unemployment benefits and am waiting to be approved.**

**Due to the situation, it becomes necessary to request a personal exemption from PACER fees as an indigent plaintiff before the aforementioned court. May I have the exemption from January 1, 2021 to September 30, 2021.**

Thanks in advance for your courtesy.

**In support of this application, I provide the following:**

An exemption from the Judicial Conference's Electronic Public Access Fee is necessary due to the foregoing and in order to avoid unreasonable burdens and to promote public access to information during the COVID-19 Pandemic.

I understand that this fee exemption will apply only to me, will be valid only for the purposes stated above, and will apply only to the electronic case files of this court that are available through the PACER service.

I agree that any data received through this exemption will not be sold for profit, will not be transferred, will not be used for commercial purposes, and will not be redistributed via the Internet. Declaration: I declare that the above information is true and understand that a false statement may result in abolishment of my exempt access and an assessment of Electronic Public Access usage fees.

Date: _____

Applicant's signature

_____

Albertha D. Badon, *Pro Se*

Telephone:
Email: badsoulties@gmail.com